UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM ELECTRIC, INC., a California corporation,<br><br>　　Petitioner,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization, and DOES 1-20,<br><br>　　Respondents. | Case No. 4:11-cv-01699-CW<br><br>ORDER GRANTING IN PART MOTION TO CONTINUE BRIEFING SCHEDULE AND HEARING ON MOTIONS (Docket No. 38) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization,<br><br>　　Counter-Plaintiff.<br><br>v.<br><br>ZOOM ELECTRIC, INC., a California corporation; VEIKO HORAK, individually and as the alter-ego of ZOOM ELECTRIC, a sole proprietorship; and DOES ONE through TEN, inclusive,<br><br>　　Counter-Defendants. | |

　　Pursuant to Civil L.R. 6-3 and good cause being shown, Respondent and Counter-Plaintiff International Brotherhood of Electrical Workers Local 595's (IBEW) Motion to continue the briefing schedule for dispositive motions is hereby GRANTED in part.

　　In their filings regarding this motion, the parties agreed that they communicated on October 4, 2011 about the scheduling of a deposition; however, while IBEW described this as the deposition

of Petitioner and Counter-Defendant Zoom Electric, Inc. (ZEI), ZEI and Counter-Defendant Veiko Horak described this as the deposition of Mr. Horak individually.

Assuming that IBEW's deposition of ZEI and Mr. Horak took place on October 17, 2011, the date on which IBEW represented it was tentatively scheduled to take place, the new briefing and hearing calendar shall be as follows:

| | |
|---|---|
| Union's Opposition to Motions to Vacate and Dismiss; Cross-Motion to Confirm and Enforce | October 27, 2011 |
| ZEI and Horak's Reply to Opposition to Motions to Vacate and Dismiss; Opposition to Cross-Motion to Confirm and Enforce | November 10, 2011 |
| Union's Reply to Opposition to Cross-Motion to Confirm and Enforce | November 17, 2011 |
| Hearing on Motions | December 8, 2012 |

If IBEW's deposition of ZEI and/or Mr. Horak did not take place on October 17, 2011, IBEW, ZEI and Mr. Horak shall promptly file a joint notice to this Court providing the date on which the deposition will take place and proposed dates for the briefing and hearing calendar.

IT IS SO ORDERED.

Dated: 10/19/2011

Hon. Claudia Wilken
United Stated District Judge

2