UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM ELECTRIC, INC., a California corporation,<br><br>    Petitioner,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization, and DOES 1-20,<br><br>    Respondents. | Case No. 4:11-cv-01699-CW<br><br>ORDER GRANTING RESPONDENT AND COUNTER-PLAINTIFF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTER-COMPLAINT<br>(Docket No. 37) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization,<br><br>    Counter-Plaintiff.<br><br>v.<br><br>ZOOM ELECTRIC, INC., a California corporation; VEIKO HORAK, individually and as the alter-ego of ZOOM ELECTRIC, a sole proprietorship; and DOES ONE through TEN, inclusive,<br><br>    Counter-Defendants. | |

    Respondent and Counter-Plaintiff International Brotherhood of Electrical Workers, Local 595 (IBEW) filed a motion seeking leave to file a First Amended Counter-Complaint against Petitioner and Counter-Defendant Zoom Electric, Inc., and Counter-Defendant Vieko Horak. Respondents oppose the motion. Having considered the parties' filings, the Court takes the motion under submission on the papers and finds that IBEW has satisfied the requirements of Federal Rule of Civil Procedure 15(a), which provides that leave

of the court allowing a party to amend its pleading "shall be freely given when justice so requires." Accordingly, the Court GRANTS IBEW's motion.

    IT IS SO ORDERED.

Dated: 10/20/2011

Hon. Claudia Wilken
United Stated District Judge