UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM ELECTRIC, INC., a California corporation,<br><br>    Petitioner,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization, and DOES 1-20,<br><br>    Respondents. | Case No. 4:11-cv-01699-CW<br><br>ORDER SETTING SCHEDULE |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization,<br><br>    Counter-Plaintiff.<br><br>v.<br><br>ZOOM ELECTRIC, INC., a California corporation; VEIKO HORAK, individually and as the alter-ego of ZOOM ELECTRIC, a sole proprietorship; and DOES ONE through TEN, inclusive,<br><br>    Counter-Defendants. | |

On October 19, 2011, the Court granted in part Respondent and Counter-Plaintiff International Brotherhood of Electrical Workers (IBEW) Local 595's Motion to continue the briefing schedule for dispositive motions, pursuant to Civil L.R. 6-3 and for good cause shown. At that time, the Court set a briefing and hearing schedule based on the understanding that IBEW's deposition of Petitioner and Counter-Defendant Zoom Electric, Inc. (ZEI) and Counter-Defendant Veiko Horak had taken place on October 17, 2011.

The Court also directed the parties to inform the Court if the deposition did not take place on October 17, 2011 and to submit a joint proposed briefing and hearing calendar.

The parties have now represented to the Court that the deposition did not take place on October 17, 2011, and that it is now scheduled to occur on November 17, 2011.  The parties have each filed a separate proposed motion calendar.  Subsequent to these filings, on November 8, 2011, ZEI and Horak filed a motion to dismiss the Union's First Amended Counter-Complaint (Docket No. 60).

Having considered the proposals of both parties, the Court orders the briefing and hearing calendar on all dispositive motions to be set as follows:

| | |
|---|---|
| Union's Opposition to Motions to Vacate and Dismiss; Cross-Motion to Confirm and Enforce; Motion for Summary Judgment on Union's Second Cause of Action (All contained within a single twenty-five-page brief) | December 8, 2011 |
| ZEI and Horak's Reply to Opposition to Motions to Vacate and Dismiss; Opposition to Cross-Motion to Confirm and Enforce; Opposition to Motion for Summary Judgment (All contained within a single fifteen-page brief) | December 22, 2011 |
| Union's Reply to Opposition to Cross-Motion to Confirm and Enforce; Reply to Opposition to Motion for Summary Judgment (All contained within a single fifteen-page brief) | December 29, 2011 |
| Hearing on all Dispositive Motions; Case Management Conference | January 19, 2012, at 2:00 p.m. |

The mediation date is maintained as currently set.

IT IS SO ORDERED.

Dated: 11/8/2011

CLAUDIA WILKEN
United States District Judge

3