UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOOM ELECTRIC, INC., a California corporation,<br><br>    Petitioner,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization, and DOES 1-20,<br><br>    Respondents. | No. C 11-1699 CW<br><br>ORDER DENYING REQUEST TO CONTINUE MOTION CALENDAR AND REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTER-COMPLAINT |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 595, a labor organization,<br><br>    Counter-Plaintiff.<br><br>v.<br><br>ZOOM ELECTRIC, INC., a California corporation; VEIKO HORAK, individually and as the alter-ego of ZOOM ELECTRIC, a sole proprietorship; and DOES ONE through TEN, inclusive,<br><br>    Counter-Defendants. | |

    On November 30, 2011, Respondent and Counter-Plaintiff International Brotherhood of Electrical Workers Local 595 (Union) filed a motion for leave to file a second amended counter-complaint and a request for a continuance of briefing and hearing on all pending motions.

    The Union did not notice its motion for leave to file a second amended counter-complaint for hearing as required by Local Rule 7-2(a), which provides that, except as otherwise expressly

authorized, "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."

The Court hereby sets the Union's motion for leave to file a second amended counter-complaint for hearing on January 19, 2012, to be heard with the motions already set for hearing in this case on that day. The Union's request to continue the briefing and hearing schedule for the motions is denied.

IT IS SO ORDERED.

Dated: 12/6/2011

CLAUDIA WILKEN
United States District Judge